UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEE AGREEMENT DATED JULY 14, 2014 BETWEEN SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C. | CIVIL NO.: 2:18-cv-00886 |
| | JUDGE: JANE TRICHE MILAZZO |
| AND | MAGISTRATE: KAREN W. ROBY |
| CONOR PACIFIC INC., CONOR PACIFIC CANADA, INC., CONOR PACIFIC INTERNATIONAL LTD., CONOR PACIFIC (US), INC., PURE AIR (US), INC., PURE AIR LTD., PURE AIR (US), LLC, AND PURE AIR DAIGLE, L.L.C. | JURY TRIAL REQUESTED |

## UNOPPOSED MOTION TO SEAL RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., who, pursuant to LR 5.6, urges the Court to seal the entire record of this matter for those reasons more-fully developed in the contemporaneously filed Memorandum in Support. This motion is unopposed by the Defendants, Conor Pacific Inc., Conor Pacific Canada Inc., Conor Pacific International LTD., Conor Pacific (US) Inc., Pure Air (US) Inc., Pure Air LTD., Pure Air (US), LLC, and Pure Air Daigle, L.L.C.

**WHEREFORE**, the Plaintiff respectfully requests that the Court seal the entire record of this matter.

Respectfully submitted:

*/s/ Matthew M. Coman*
JAMES M. GARNER #19589
MATTHEW M. COMAN, #23613
STUART D. KOTTLE, #37194
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of September, 2018, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

/s/ *Matthew M. Coman*
MATTHEW M. COMAN