UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEE AGREEMENT DATED JULY 14, 2014 BETWEEN SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C. | CIVIL NO.: 2:18-cv-00886 |
| | JUDGE: JANE TRICHE MILAZZO |
| AND | MAGISTRATE: KAREN W. ROBY |
| CONOR PACIFIC INC., CONOR PACIFIC CANADA, INC., CONOR PACIFIC INTERNATIONAL LTD., CONOR PACIFIC (US), INC., PURE AIR (US), INC., PURE AIR LTD., PURE AIR (US), LLC, AND PURE AIR DAIGLE, L.L.C. | JURY TRIAL REQUESTED |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SEAL

MAY IT PLEASE THE COURT:

Pursuant to LR 5.6, Plaintiff, Sher Garner Cahill Richter Klein & Hilbert, L.L.C. ("Sher Garner"), respectfully submits this Memorandum in Support of its Unopposed Motion to Seal. The Defendants, Conor Pacific Inc., Conor Pacific Canada Inc., Conor Pacific International LTD., Conor Pacific (US) Inc., Pure Air (US) Inc., Pure Air LTD., Pure Air (US), LLC, and Pure Air Daigle, L.L.C., do not oppose this motion. This motion seeks to seal the entire record in this matter because the matter has concluded and the interests of justice are met with the requested sealing along with the requirements of Local Rule 5.6

## I. ANALYSIS

The action was brought by Sher Garner to recover legal fees and costs owed by Conor Pacific Inc., Conor Pacific Canada Inc., Conor Pacific International Ltd., Conor Pacific (US) Inc., Pure Air (US) Inc., Pure Air Ltd., Pure Air Daigle, L.L.C. and Pure Air (US), LLC (collectively "Pure Air"). In response, Defendants answered and, later, sought leave to amend and file a counterclaim claiming Plaintiff breached the standard of care. Those claims have been resolved and Plaintiff and Defendants both filed motions to dismiss.

*A. Non-Confidential Description Of What Is To Be Sealed*

The Unopposed Motion to Seal urges this Court to enter an order sealing the entire record in this matter.

*B. Statement As To Why Sealing Is Necessary*

Contained within the pleadings and exhibits are documents and records reflecting litigation between former clients, Defendants, and its attorneys, Plaintiff. This dispute involved matters which, although not privileged, were confidential in nature as to all parties (and intended parties to include former employees now working elsewhere). Further, as referenced above, the dispute included Defendants' attempt to seek leave to file an amended answer and counterclaim based on allegations that Plaintiff, to include former employees, breached the standard of care. The nature of the dispute as well as the attempted counterclaim which were withdrawn yet still exist in the current record are injurious to those involved and serve no purpose in remaining in the public record, especially in light of the dismissal of those claims. As the matter has now been amicably resolved, the interests of justice are met by the sealing of the record which is agreed to by all parties to the action.

*C. Governing Case Law*

Although there is a presumption that "trial proceedings should be subject to scrutiny by the public," courts "may deny access to records if the records become a vehicle for improper purposes." *United States v. Holy Land Found.,* 624 F.3d 685, 689-90 (5th Cir. 2010). Further, "the right to inspect and copy judicial records is not absolute." *Nixon v. Warner Commc'ns, Inc.*, 425 U.S. 589, 598 (1978). The above-listed reasons for sealing this record qualify in order to prevent the exact type of "improper purposes that favor denying the public access to judicial records." *Holy Land Found.,* 624 F.3d at 689.

*D. Period Of Time The Parties Seek To Have The Matter Maintained Under Seal And How The Matter Is To Be Handled Upon Sealing*

Plaintiff seeks to have these matters remain under seal indefinitely. Upon sealing, no nonparty to this litigation may have access to the sealed documents.

## II. CONCLUSION

Based upon the foregoing, Plaintiff respectfully requests this Court enter an order sealing the entire record in this matter.

Respectfully submitted by:

*/s/ Matthew M. Coman*
JAMES M. GARNER #19589
MATTHEW M. COMAN, #23613
STUART D. KOTTLE, #37194
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to United's counsel of record.

*/s/ Matthew M. Coman*
MATTHEW M. COMAN